Maverick A. Young

WITSEC Informant

ACP# 600013581

1001 E 62nd Ave Apt. 1695

Denver, CO

80216

**brainstormceo@duck.com**

May 25th, 2023

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
1:30 pm, Nov 27, 2023
JEFFREY P. COLWELL, CLERK

U.S. Department of Justice

950 Pennsylvania Avenue, NW

Washington, DC 20530-0001

Subject: Request for Investigation into Alleged Fraudulent Activities within the State of Colorado, Involving the Department of Public Safety and the Arvada Police Department

Dear Attorney General,

I trust this letter finds you well. I am writing to bring to your attention a matter of grave concern regarding the State of Colorado and the alleged fraudulent activities that have targeted an individual, Maverick A. Young. I respectfully request an investigation by the Department of Justice (DOJ) to address these reported injustices, uphold the rule of law, and ensure accountability for those responsible.

The issue at hand centers around the State of Colorado's alleged involvement in an attempt to defraud Maverick A. Young. It is reported that the state falsely reported a vehicle owned by Mr. Young's business as stolen, even though evidence suggests that an individual was engaged in insurance fraud. Instead of investigating the insurance fraud, it is alleged that the Arvada Police Department filed a fraudulent police report, falsely declaring the car stolen without substantive proof of ownership. These reported actions raise serious concerns about the integrity of law enforcement agencies and the Department of Public Safety within the State of Colorado.

If these allegations are substantiated, they represent a significant breach of justice and an abuse of power by those entrusted with upholding the law. Law enforcement agencies are charged with the duty to protect and serve the public, ensuring that justice is maintained and the rights of individuals are respected. The reported actions, if confirmed, undermine the trust and

confidence that citizens place in these institutions and erode the fundamental principles of fairness and due process.

In light of these allegations, I strongly urge the Department of Justice to launch a comprehensive investigation into the reported fraudulent activities in Colorado. This investigation should seek to uncover the truth, hold any individuals involved in fraudulent activities accountable, and restore justice for Maverick A. Young. It is imperative that the rights of individuals are protected and that instances of misconduct, fraud, and abuse of power are thoroughly examined and rectified.

Regarding the specific settlement amount, it is not within my purview to stipulate a precise figure on behalf of Mr. Young. Any potential settlement or compensation would be determined through the legal process based on evidence and applicable laws. However, I encourage Mr. Young to provide all relevant information and evidence regarding his case during the investigation, enabling the Department of Justice to conduct a comprehensive assessment.

I can provide any additional information or assistance needed to facilitate the investigation. Please do not hesitate to contact me at brainstormceo@duck.com if you require further details or clarification.

Thank you for your prompt attention to this matter. Your action in initiating an investigation will serve the cause of justice and help rebuild trust in the legal system within the State of Colorado.

Sincerely,

Maverick A. Young